IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC; and JENNIFER
MCGILL                                                                                          PLAINTIFFS

v.                                  No. 4:24-cv-969-DPM

STATE OF ARKANSAS; SARAH
HUCKABEE SANDERS, Arkansas
Governor, in her official capacity;
ARKANSAS RACING COMMISSION;
ALEX LIEBLONG, in his official capacity;
MARK LAMBERTH, in his official
capacity; STEVE ANTHONY, in his
official capacity; DENNY EAST, in his
official capacity; MICHAEL POST, in his
official capacity; BO HUNTER, in his
official capacity; and STEVE LANDERS,
in his official capacity                                                                     DEFENDANTS

ORDER

1. The motion to dismiss is mooted by the amended complaint. That motion, *Doc. 6*, is denied without prejudice.

2. The State of Arkansas and the Arkansas Racing Commission are dismissed as defendants based on sovereign immunity.

**3.** The parties must brief the motion to intervene, *Doc. 15*. Plaintiffs' brief due by 19 November 2024. Defendants' response, and proposed intervenor's reply, due by 22 November 2024.

**4.** For the reasons stated from the bench at the end of the 12 November 2024 motion hearing, the motion for a TRO is denied; the companion request for a preliminary injunction is denied without prejudice. *Doc. 2.* The plaintiffs' proposed schedule for expedited discovery, and a trial on injunctive relief and the merits as soon as practicable, is due by 15 November 2024. The trial will be set by separate notice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2024