IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC; and JENNIFER
MCGILL                                                                                  PLAINTIFFS

v.                              No. 4:24-cv-969-DPM

SARAH HUCKABEE SANDERS,
Arkansas Governor, in her official
capacity; ALEX LIEBLONG, in his official
capacity; MARK LAMBERTH, in his
official capacity; STEVE ANTHONY, in
his official capacity; DENNY EAST, in his
official capacity; MICHAEL POST, in his
official capacity; BO HUNTER, in his
official capacity; and STEVE LANDERS,
in his official capacity                                                        DEFENDANTS

ORDER

The Court adopts the plaintiffs' proposed schedule for expedited discovery and trial, *Doc. 21*, with some comments and specified changes. First, the Court notes Arkansas's objections and request for trial ASAP. The plaintiffs, though, are entitled to choose to move a bit more slowly in the circumstances. Second, as requested, discovery response times are shortened to twenty days. Third, the trial date is uncertain at this point. The Court directs counsel to hold March 18th–20th and March 25th–27th as possibilities. The Court must see how its

–2–

docket develops in the meantime. We will lock in the trial date as soon as practicable. A Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2024