IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC; and JENNIFER
MCGILL                                                                                  PLAINTIFFS

v.                              No. 4:24-cv-969-DPM

STATE OF ARKANSAS; ALEX
LIEBLONG, MARK LAMBERTH, STEVE
ANTHONY, DENNY EAST, MICHAEL
POST, BO HUNTER, and STEVE
LANDERS, in their official capacities                          DEFENDANTS

ORDER

Timely second amended complaint, *Doc. 46*, noted. (The Court also appreciates the redlined copy emailed to chambers and opposing counsel.) The motion to dismiss, *Doc. 29*, is denied without prejudice as moot. The Court anticipates a prompt renewed motion. If so, there's no need to start the briefing from scratch. The Court is deep in the current papers. And the Court will consider all parties' original briefing on any renewed motion. So please only cover new ground in the new briefing.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2025

-2-