IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC;
and JENNIFER MCGILL                                                                  PLAINTIFFS

v.                          No. 4:24-cv-969-DPM

STATE OF ARKANSAS; and
ALEX LIEBLONG, MARK LAMBERTH,
STEVE ANTHONY, DENNY EAST,
MICHAEL POST, BO HUNTER, and
STEVE LANDERS, in their official
capacities                                                                           DEFENDANTS

ORDER

For the reasons stated from the bench at the 4 February 2025 motions hearing, the motion to quash, *Doc. 42*, is granted. The motion to disqualify, *Doc. 44*, is denied. And the motion to enforce, *Doc. 49*, is partly granted and partly denied as specified.

Counsel must meet and confer in person tomorrow, February 5th, to sort the document issues. If disagreements remain, they must file a joint report by close of business on Friday, February 7th. Each side gets ten pages; and the report must otherwise conform to the Amended Final Scheduling Order, *Doc. 54 at 2*. The Court will hold another hearing on Monday, February 10th at 4:00 p.m. if needed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2025