IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC;
and JENNIFER MCGILL                                        PLAINTIFFS

v.                       No. 4:24-cv-969-DPM

STATE OF ARKANSAS; and
ALEX LIEBLONG, MARK LAMBERTH,
STEVE ANTHONY, DENNY EAST,
MICHAEL POST, BO HUNTER, and
STEVE LANDERS, in their official
capacities                                                 DEFENDANTS

ORDER

The plaintiffs' opposed motion to file a third amended complaint, *Doc. 73*, is denied. Fed. R. Civ. P. 16(b). The Final Scheduling Order gave the parties until 27 January 2025 to amend pleadings as a matter of right. *Docs. 38*. The plaintiffs filed a second amended complaint on that date. *Doc. 46*. At that point, they knew about the contracts involving Legends Resort & Casino, LLC (as either a contracting party or an assignee). *Doc. 73 at 1–2*. And they were aware of the State's concerns about Amendment 104's enforcement mechanism, which had been lingering since the November 2024 TRO hearing. *Doc. 33 at 21, 31*. The plaintiffs have not established good cause for adding new parties

on both sides of the v. less than three weeks out from trial. *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715–18 (8th Cir. 2008).

The Court substitutes Arkansas Racing Commissioner Bo Hunter for his successor, John Schmelzle. Fed. R. Civ. P. 25(d). No pleading amendment is needed on this front. *Ibid.*

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2025