IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC; and
JENNIFER MCGILL                                              PLAINTIFFS

v.                    No. 4:24-cv-969-DPM

STATE OF ARKANSAS; and ALEX
LIEBLONG, MARK LAMBERTH, STEVE
ANTHONY, DENNY EAST, MICHAEL
POST, JOHN SCHMELZLE, and STEVE
LANDERS, in their official capacities               DEFENDANTS

ORDER

Motion, *Doc. 100*, granted as modified. Pursuant to General Order 54, the Court authorizes **Charles Garrett, Todd Hembree, Chad Harsha, Mark Fulton, James Xi, Paul Clement, Jennifer McGill, Travis Noland, Allison Burum, Kisha Alverson, Chandler Sullivan-Perry, Brianna McDonough, Smokey Campbell, Alex Lieblong, Mark Lamberth, Hans Stiritz, Bill James, Nicole Gillum, Jan Eames, and David Mullon, Jr.** to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock for the bench trial beginning on 25 March 2025.

The following rules apply to this access:

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

Any attending member of the media may bring a tape recorder. The use of any tape recording, however, shall be limited by and subject to Local Rule 83.2(d).

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on

recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>20 March 2025</u>