IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHEROKEE NATION BUSINESSES,
LLC; CHEROKEE NATION
ENTERTAINMENT, LLC; and
JENNIFER MCGILL                                                              PLAINTIFFS

v.                          No. 4:24-cv-969-DPM

STATE OF ARKANSAS; and ALEX
LIEBLONG, MARK LAMBERTH, STEVE
ANTHONY, DENNY EAST, MICHAEL
POST, JOHN SCHMELZLE, and STEVE
LANDERS, in their official capacities                                        DEFENDANTS

ORDER

Pope County's unopposed motion, *Doc. 110*, is granted. Its embedded *amicus* brief, *Doc. 110 at 4–9*, is deemed filed. The Court looks forward to learning the County's perspective.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025