IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHEROKEE NATION BUSINESSES,
LLC;  CHEROKEE NATION
ENTERTAINMENT, LLC;  and
JENNIFER MCGILL**                                                    **PLAINTIFFS**

**v.**                                    **No. 4:24-cv-969-DPM**

**STATE OF ARKANSAS;  and ALEX
LIEBLONG, MARK LAMBERTH, STEVE
ANTHONY, DENNY EAST, MICHAEL
POST, JOHN SCHMELZLE, and STEVE
LANDERS, in their official capacities**                **DEFENDANTS**

### ORDER

In lieu of intervention, the Court dubbed LVC an *amicus curiae*
—a friend of the Court—and permitted it to file a pretrial *amicus*
brief.  *Doc. 35 at 4*.  It did so.  At trial, and as the plaintiffs have
acknowledged, "the Court and parties alike identified several new
issues for briefing in this matter."  *Doc. 125*.  LVC now seeks to
supplement its pretrial brief with a post-trial brief to address those
issues.  LVC's interest in this case has not changed.  And like before,
the Court understands its desire to be heard on the many questions
presented.  LVC's motion, *Doc. 129*, is therefore granted;  and its
post-trial brief, *Doc. 129-1*, is deemed filed.  Either side may file a
short, *responsive* brief by 12 May 2025.  That will conclude the post-
trial briefing in this case.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

5 May 2025